IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CHRISTOPHER PAUL and SUSAN PAUL, | : : : |
| Plaintiffs, | : : |
| v. | : Civil Action No.: 5:09-CV-296 (HL) : : |
| NORFOLK SOUTHERN CORPORATION and FBS FIRST COAST, INC. d/b/a Fogleman Builders Supply, | : : : : |
| Defendants. | : : |

_____

**ORDER**

Before the Court is the parties' Consent Motion to Substitute Defendant (Doc. 25). The Motion is granted. Norfolk Southern Corporation is dismissed from this action, and Georgia Southern and Florida Railway Company is added as a defendant. Plaintiffs shall have until March 22, 2010 to file an amended complaint reflecting the proper parties as outlined in this Order.

**SO ORDERED**, this the 8th day of March, 2010.

                                        *s/ Hugh Lawson*
                                        **HUGH LAWSON, SENIOR JUDGE**

mbh